**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                                    **Case No.  6:05-mj-1055-JGG**

**JOSE ISRAEL HERRERA LAMBERT,**
**a/k/a Miguel Armando Isaac,**
**a/k/a Miguel Armando Isaac Esteva,**

      **Defendants.**
_____

## ORDER

This case is before the Court on defendant's Motion to Dismiss Complaint (Doc. No. 10, filed September 29, 2005).  The United States Magistrate Judge has submitted a report recommending that the motion be granted as unopposed.

After an independent *de novo* review of the record in this matter, and noting the government's Response to Report and Recommendation (Doc. No. 14, filed October 21, 2005), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed October 11, 2005, 2005 (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Dismiss Complaint is **GRANTED**.

    3.    The Complaint in Case No. 6:05-mj-1055-JGG is **DISMISSED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27th___ day of October, 2005.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge